**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Brian K. Thompson
Attorney at Law
3600 Jackson St., Ste. 115 B
Alexandria LA 71303

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on May 26, 2021

**REHEARING ACTION: May 26, 2021**

**Docket Number: 20   00040-CA consolidated with 41-CA**

**JAMES C. PERKINS, TRUSTEE OF THE**
**LIVING TRUST OF JAMES & EMILY PERKINS**
**VERSUS**
**ANDREW J. FOWLER & BLANCHE DERAMUS**
**FOWLER**

**Appealed from Rapides Parish Case No. 250,334 c/w, 250,346**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. D. Kent Savoie**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Andrew J. Fowler, et al.** has this day been

    **DENIED.**

cc: Richard Alan Rozanski, Counsel for the Appellee